[No. 43279-6-I.  Division One.  July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY McWILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02339-1, Michael S. Spearman, J., entered August 31 and September 17, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 43321-1-I.  Division One.  July 19, 1999.]

J.L. STEELE, *Respondent*, v. GARY LUNDGREN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-27443-2, Philip G. Hubbard, Jr., J., entered August 13 and 21, 1998. *Affirmed* by unpublished per curiam opinion. Now published at 96 Wn. App. 773.


[No. 43332-6-I.  Division One.  July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA SPEARMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05659-1, Richard M. Ishikawa, J., entered September 15, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 44214-7-I.  Division One.  July 19, 1999.]

*In the Matter of* KERRIE LUSK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-8-00875-8, Charles R. Snyder, J. Pro Tem., entered February 8, 1999. *Reversed* by unpublished per curiam opinion.